# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMAN DILLARD, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HYATT CORPORATION, a Delaware corporation, and DOES 1-20,<br><br>　　　　Defendants. | CASE NO.: SACV13-01655-JLS (JPRx)<br><br>**JUDGMENT** |

　　　　Defendant Hyatt Corporation's Motion for Summary Judgment against plaintiff Norman Dillard came before the Court on June 13, 2014, the Honorable Josephine L. Staton, United States District Judge, presiding.

　　　　Having granted summary judgment in favor of Defendant, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:  Plaintiff Norman Dillard take nothing, that the action be dismissed with prejudice, and that Defendant recover its taxable costs pursuant to 28 U.S.C. § 1920.

Date:  August 8, 2014　　　　　　　　　　　　　_____

　　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Josephine Staton

**JUDGMENT**